UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAY JUDD,
    Plaintiff,

v.

CALIFORNIA STATE,
    Defendant.

Case No. 18-mc-80099 NC

**ORDER TO SHOW CAUSE REGARDING FILINGS**

Re: Dkt. No. 1

Mr. Daniel Ray Judd filed a "Public Notice" and a copy of an "International Durable Power of Attorney" with the Court on June 18, 2018. The Court is unclear as to what—if anything—Mr. Judd wants the Court to do with this document, or whether Mr. Judd is attempting to present a case or controversy to the Court.

Moreover, the Court informs Mr. Judd that federal courts are courts of limited jurisdiction, and may only assume jurisdiction over cases that (1) raise federal questions; or (2) are before it in diversity, meaning that the parties are from different states and that the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1331, 1332. Mr. Judd must explain to the Court what the basis is for its jurisdiction over this case.

In other words, the Court wants to know (1) what Mr. Judd wishes the Court to do with his documents, and (2) what the basis is for the Court's jurisdiction over this case. Mr. Judd must respond to this order with an explanation by July 27, 2018.

The Court directs Mr. Judd to the Federal Pro Se Program, which provides free

Case No. 18-mc-80099 NC

information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is located in Room 2070 of the San Jose United States Courthouse, and is available by appointment Monday to Thursday 9:00 a.m.-4:00 p.m. The Program can be reached by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge